

FILED
07 JUL 23 AM 9: 48
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JOSE VALENCIA,<br><br>　　　　　　　　Defendant. | Case No. CR 06-01912-MLH<br><br>ORDER ON JOINT MOTION TO CONTINUE MOTION HEARING / TRIAL SETTING FROM JULY 23, 2007 TO AUGUST 20, 2007 |

THE COURT HEREBY ORDERS that the request of both parties to continue the Motion Hearing / Trial Setting from July 23, 2007 at 2:00 p.m. to August 20, 2007 at 2:00 p.m. is GRANTED.

Dated: ___7/20/07___　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE MARILYN L. HUFF
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE